JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE Richard Belotti, et al., <br><br> Plaintiff, <br><br> v. <br><br> Michael W. Watkins, et al., <br><br> Defendants. | CASE NO. EDCV 08-1340-JVS <br><br> ORDER OF DISMISSAL FOR <br> FAILURE TO PAY FILING FEES |

The Court having issued an Order to Show Cause on <u>October 6, 2008</u> as to why this action should not be dismissed for failure to Pay Filing Fees Pursuant to Title 28 USC 930(b) and (c), with a response due on <u>October 21, 2008</u>, and no response having been made, IT IS HEREBY ORDERED that this action is dismissed for for failure to Pay Filing Fees Pursuant to Title 28 USC 930(b) and (c).

DATED: October 29, 2008

_____
James V. Selna
United States District Judge